IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:13CR230 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| TOMMY VASSER, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant has absconded. Therefore,

IT IS ORDERED that the defendant's April 18, 2014 sentencing hearing is cancelled until further order of the court. Counsel for the government shall advise the undersigned when the defendant has been apprehended. At that time, sentencing will be rescheduled.

Dated April 16, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge